[875 NE2d 24, 843 NYS2d 532]

NATASHA ALVARADO, Appellant, v CARY H. MILES, D.D.S., Respondent.

Decided September 11, 2007

**APPEARANCES OF COUNSEL**

*Debra S. Reiser*, New York City, for appellant.

*Newman Fitch Altheim Myers, PC*, New York City (*Michael H. Zhu* of counsel), for respondent.

**OPINION OF THE COURT**

MEMORANDUM.

The order of the Appellate Division should be affirmed, with costs.

The expert affidavit submitted by plaintiff is conclusory and insufficient to raise an issue of fact as to whether defendant's failure to see plaintiff personally on July 11 was a departure from the requisite standard of care. There is conflicting evidence as to whether defendant departed from the requisite standard of care by failing to arrange coverage for plaintiff during his absence on July 13, but this failure, if it occurred, was not a substantial factor in causing plaintiff's injuries.

Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, in a memorandum.